No. 1259. FIORE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 1448. KLAGES COAL & ICE CO., DBA ROYAL CROWN BOTTLING CO. *v.* HODGSON, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari denied.

No. 1453. HARFLINGER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 1459. STRIBLING *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 1460. STATE NATIONAL BANK OF ALABAMA ET AL. *v.* ELLIS ET AL. C. A. 5th Cir. Certiorari denied.

No. 1465. FRANCO *v.* STEIN STEEL & SUPPLY CO. Sup. Ct. Ga. Certiorari denied.

No. 1472. FIDUCIARY COUNSEL, INC. *v.* HODGSON, SECRETARY OF LABOR. C. A. D. C. Cir. Certiorari denied.

No. 1477. CHICAGO JOINT BOARD, AMALGAMATED CLOTHING WORKERS OF AMERICA, AFL–CIO *v.* CHICAGO TRIBUNE CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 1481. IANNONE ET AL. *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 1485. TEX TAN WELHAUSEN CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 1489. DAVENPORT ET UX. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.